**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


<u>Allen Gessen et al.,</u>

        Plaintiffs,

            V.

CIVIL ACTION NO. <u>1:26-11083-LTS</u>


<u>Masha Gessen et al.,</u>

        Defendants.


## <u>ORDER OF DISMISSAL</u>


<u>Sorokin, D. J.</u>


      In accordance with the Court's ORDER, Dkt, No. 17, dated <u>March 24, 2026,</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                      By the Court,


<u>3/24/2026 </u>                          <u>/s/ Flaviana de Oliveira </u>
    Date                                  Deputy Clerk